# United States District Court
# for the Southern District of Illinois

| | |
|---|---|
| STEVEN C. SIMMONS ) | |
| ) | |
| Plaintiff, ) | Case Number: 15-cv-0871-MJR-RJD |
| ) | |
| v. ) | |
| ) | |
| DHILLION BROS. TRUCKING, INC., ) | |
| SULEIMAN SAMATAR, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

## JUDGMENT IN A CIVIL ACTION

Pursuant to the Order dated November 14, 2016 (reflecting the parties' settlement), this case is dismissed with prejudice, each party to bear his/its own costs.

Dated: December 14, 2016

JUSTINE FLANAGAN, Acting Clerk of Court
s/ Reid Hermann
Deputy Clerk

Approved: _____
MICHAEL J. REAGAN
United States District Judge